### (October 18, 1973)

In the Matter of HARRY CHANG et al., Appellants, v. ANDREW P. KERR, as Housing and Development Administrator, et al., Respondents.— Judgment, Supreme Court, New York County, entered May 11, 1973, unanimously affirmed, without costs and without disbursements, and without prejudice to renewal of the petition. The petitioners contend that there has been such inordinate delay by the Office of Rent Control in the Department of Rent and Housing Maintenance of the City of New York in the hearing of petitions before it in the area of eviction, decontrol, fixing of new rents, and subdivision of underoccupied apartments, that there has been a frustration of purpose. The respondents point to a voluminous increase in applications and indicate that the delay has been ameliorated, and that a number of petitioners have had determinations since this proceeding commenced. It is further pointed out that there were problems with the Maximum Base Rent (MBR) program, which necessitated utilization of personnel to the detriment of other functions. (Cf. *Matter of Sigsbee Holding Corp.* v. *Lerenthal,* 42 A D 2d 561.) It is axiomatic that justice delayed is justice denied. However, at this time it seems that problems of proper administration are reaching solution, and so the dismissal of the petition is affirmed with leave to renew it if the situation does not continue to improve. Concur — Stevens, P. J., Nunez, Kupferman, Murphy and Lane, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff, v. A. M. SEATREE CORPORATION, Appellant. HAROLD SHELDON, as Receiver, Respondent.— Appeal from an order of the Supreme Court, New York County, entered on February 7, 1973, which granted statutory costs to the receiver, unanimously dismissed, without costs and without disbursements. The appellant did not appear in opposition to the original motion and the order entered thereon was on default. The appellant, therefore, has no standing (CPLR 5511). In any event, had we reached the merits of the appeal we would have affirmed. Concur — Nunez, J. P., Kupferman, Lane, Capozzoli and Macken, JJ.

In the Matter of JAMES W. DURRAH, Respondent, v. NEW YORK CITY HOUSING AUTHORITY, Appellant, and DEPARTMENT OF PERSONNEL, CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK, et al., Respondents.— Order, Supreme Court, New York County, entered on May 25, 1973, *inter alia*, adjudging respondent New York City Housing Authority in contempt to the extent of directing it to pay all back salary due petitioner, unanimously affirmed, without costs and without disbursements. Though the order below was predicated on a judgment which was later resettled, we find no justification for appellant's continued failure to meet its obligations to petitioner. Concur — Stevens, P. J., Markewich, Nunez, Kupferman and Murphy, JJ.